# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MARTINELLI,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01917-GMN-NJK<br><br>**Order**<br><br>[Docket No. 14] |

Pending before the Court is Plaintiff and Defendant International Game Technology's stipulation to extend the deadline to answer or otherwise respond to the complaint. Docket No. 14.

The parties seek to extend the deadline for Defendant International Game Technology to respond to the complaint by thirty days. Docket No. 14.

For good cause shown, the Court **GRANTS** the parties' stipulation. Docket No. 14. Defendant's deadline to respond to the complaint is **EXTENDED** to December 3, 2025.

IT IS SO ORDERED.

Dated: October 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1