```
Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd, Ste. 208
Las Vegas, NV 89102
Tel: (725) 235-9750
lasvegas@stranchlaw.com
```

*Attorney for Plaintiff*

```
Macaire Piscone
Nevada State Bar No. 10688
Associate General Counsel
Brightstar Global Solutions Corporation
10 Memorial Boulevard
Providence, RI 02903
Tel.: (401) 392.7707
Email:  macaire.piscone@brightstarlottery.com
```

*Attorney for Defendant Brightstar Global Solutions Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MARTINELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY, a Nevada Corporation, and BRIGHTSTAR GLOBAL SOLUTIONS CORPORATION, a Delaware corporation,<br><br>Defendant. | Civil Case No.: 2:25-cv-01917-GMN-NJK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DEFENDANT BRIGHTSTAR GLOBAL SOLUTIONS CORPORATION TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Anthony Martinelli, by and through his undersigned counsel of record, and Defendant Brightstar Global Solutions Corporation ("Brightstar"), by and through its undersigned counsel of record, that Brightstar shall have additional time to answer or otherwise respond to the Plaintiff's Complaint (ECF No. 1). Plaintiff served Brightstar with the Complaint on October 13, 2025. With the proposed extension, Defendant's deadline to answer or otherwise respond to complaint would be December 3, 2025.

Good cause exists for the extension set forth herein.

*First*, Brightstar is in the process of retaining local counsel, who will require time to make the transition and familiarize itself with the facts and legal issues of the case in order to respond to the Complaint.

*Second*, Plaintiff and Defendant International Gaming Technology, Inc. ("IGT") filed a stipulation by which IGT's deadline to answer or otherwise respond to complaint is extended to December 3, 2025, which was granted by the Court on October 30. (ECF No. 15) Granting the relief here will ensure that the time for responsive pleadings and any related motion practice will be on the same schedule for all parties.

This is the first extension requested for Defendant's deadline to respond to the Complaint and is not made for the purpose of delay. Defendant and Plaintiff (through their undersigned counsel) have met and conferred regarding this stipulated extension.

**IT IS HEREBY STIPULATED** by and among Defendant Brightstar and Plaintiff Martinelli that Defendant's deadline to answer or otherwise respond to the Complaint (ECF No. 1) shall be **December 3, 2025**.

IT IS SO ORDERED.
Dated: November 5, 2025
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

IT IS SO STIPULATED.

Dated: November 4, 2025.

| **STRANCH, JENNINGS & GARVEY, PLLC** | **BRIGHTSTAR GLOBAL SOLUTIONS CORPORATION** |
|---|---|
| */s/ Nathan R. Ring*<br>NATHAN R. RING, ESQ.<br>Nevada Bar No. 12078<br>3100 W. Charleston Blvd., Suite 208<br>Las Vegas, NV 89102<br>Tel.: (725) 235-9750<br>Email: nring@stranchlaw.com<br><br>*Attorneys for Plaintiff Anthony Martinelli* | */s/ Macaire Piscione*<br>MACAIRE PISCIONE, ESQ<br>Associate General Counsel<br>Brightstar Global Solutions Corporation<br>10 Memorial Boulevard<br>Providence, RI 02903<br>Tel.: 401.392.7707<br>Email:  macaire.piscione@brightstarlottery.com<br><br>*Attorney for Defendant Brightstar Global Solutions Corporation* |

4910-9332-7991v.1