**STRANCH, JENNINGS & GARVEY, PLLC**
NATHAN R. RING, ESQ
Nevada Bar No. 12078
3100 W. Charleson Blvd., Suite 208
Las Vegas, Nevada 89102
Tel. (725) 235-9750
nring@stranchlaw.com

Grayson Wells (*pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com
mschiller@stranchlaw.com

*Attorneys for Plaintiffs and the Class*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| **ANTHONY MARTINELLI**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INTERNATIONAL GAME TECHNOLOGY** and **BRIGHTSTAR GLOBAL SOLUTIONS CORPORATION**,<br><br>Defendants. | Case No. 2:25-cv-01917-GMN-NJK<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br><br>**JURY TRIAL DEMANDED** |

COMES NOW Plaintiff John Meehan, ("Plaintiff"), hereby moves to withdraw Attorney Miles M. Schiller as counsel of record in this matter pursuant to LR IA 11-6.

This Motion is made on the following grounds:

1. Counsel is no longer associated with the law firm of Stranch, Jennings & Garvey, PLLC.

2. Plaintiff will remain represented by co-counsel Grayson Wells and Nathan R. Ring of the law firm Stranch, Jennings & Garvey, PLLC.

3. Withdrawal can be accomplished without adverse effect on the interests of the Plaintiff or undue delay in the proceedings.

Counsel respectfully requests that the Court issue an order permitting withdrawal and relieving Attorney Miles M. Schiller from further representation in this matter.

Dated: January 6, 2026                  Respectfully,

/s/ *Nathan R. Ring*_____
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102
Tel: 725-235-9750
nring@stranchlaw.com

Grayson Wells (*pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gwells@stranchlaw.com

*Attorneys for Plaintiffs and the Class*

IT IS SO ORDERED.
Dated:  January 8, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge