**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Lindsay Loescher, individually and on behalf of all others similarly situated,

Plaintiff(s),

vs.

International Game Technology and Brightstar Global Solutions Corporation,

Defendant(s).

Case #2:25-cv-01917-GMN-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Cari K. Dawson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Alston & Bird LLP
(firm name)

with offices at _____1201 W Peachtree St NW #4900_____,
(street address)

_____Atlanta_____, _____Georgia_____, _____30309_____,
(city)                              (state)                        (zip code)

_____404-881-7766_____, _____cari.dawson@alston.com_____.
(area code + telephone number)          (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____IGT_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___September 21, 1994___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Georgia___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Georgia State Bar (Bar No. 213490)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16



By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Oliver J. Pancheri _____ as
                                                (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Mark Dunn
_____
(party's signature)

 Mark Dunn, Chief Legal Officer of IGT
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Oliver J. Pancheri
_____
Designated Resident Nevada Counsel's signature

7476                          opancheri@spencerfane.com
_____
Bar number                   Email address

APPROVED:

Dated: this __23__ day of ___February___, 20_26_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**EXHIBIT A**

**APPLICATION OF CARI KATRICE DAWSON
FOR ADMISSION TO THE BAR OF THE COURT**

I, Cari Katrice Dawson, am admitted to practice in, am in good standing with, and am active

in the following courts:

    (a)    Supreme Court of the State of Georgia, 40 Capitol Square, 5th Floor,

            Atlanta, GA 30334; admitted — May 31, 1995;

    (b)    Court of Appeals of the State of Georgia, 334 State Judicial Building,

            Atlanta, GA 30334; admitted — May 31, 1995;

    (c)    U.S. District Court for the Northern District of Georgia, 75 Spring Street,

            Atlanta, GA 30335; admitted — May 31, 1995;

    (d)    U.S. District Court for the Middle District of Georgia, 75 Ted Turner

            Drive, Atlanta, GA 30303; admitted – August 15, 2005;

    (e)    U.S. District Court for the Eastern District of Michigan, 231 W. Lafayette

            Blvd., Detroit, MI 48226; admitted — February 8, 2021;

    (f)    U.S. District Court for the Central District of Illinois, 305 U.S.

            Courthouse, 100 N.E. Monroe St., Peoria, IL 61602 — November 3, 2023

    (g)    U.S. Court of Appeals for the Third Circuit, 601 Market Street,

            Philadelphia, PA 19106; admitted — September 24, 2007;

    (h)    U.S. Court of Appeals for the Fourth Circuit, 1100 East Main

            Street, Suite 501, Richmond, VA 23219, admitted – October 21,

            2022;

    (i)    U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New

            Orleans, LA 70130; admitted — December 24, 2008;

(j)     U.S. Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, OH 45202 — January 7, 2008;

(k)     U.S. Court of Appeals for the Eleventh Circuit, 56 Forsyth Street, N.W., Atlanta, GA 30303; admitted — March 18, 1999;

(l)     U.S. Court of Appeals for the Eighth Circuit, Thomas F. Eagleton Courthouse, 111 South 10th Street, St. Louis, MO 63102; admitted — July 7, 2000;

(m)     U.S. Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, CA 94103; admitted — November 1, 2006;

(n)     Supreme Court of the United States, Washington, DC 20543; admitted — October 16, 2006.



**Ms. Cari Katrice Dawson**
**Alston & Bird LLP**
**One Atlantic Center**
**1201 West Peachtree Street Suite 4900**
**Atlanta, GA 30309**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **9/21/1994** |
| **BAR NUMBER:** | **213490** |
| **TODAY'S DATE:** | **02/10/2026** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435