**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Lindsay Loescher,

     Plaintiff(s),

v.

International Game Technology, et al.,

     Defendant(s).

Case No. 2:25-cv-01917-GMN-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). If Defendants seek a stay of discovery pending resolution of the motion to dismiss, they must file a motion for that relief by May 4, 2026. If that motion is filed, discovery will be stayed on an interim basis pending resolution of the motion to stay. If that motion is not filed, the parties must file a joint proposed discovery plan by May 18, 2026.

IT IS SO ORDERED.

Dated: April 13, 2026

_____

Nancy J. Koppe
United States Magistrate Judge