# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Lindsay Loescher, et al.,

     Plaintiff(s),

v.

International Game Technology, et al.,

     Defendant(s).

Case No. 2:25-cv-01917-GMN-NJK

**Order**

[Docket No. 48]

Pending before the Court is an unopposed motion to extend the deadline to file a discovery plan pending mediation. Docket No. 48.[1] For good cause shown, the Court **GRANTS** the motion. No later than May 18, 2026, the parties must file a joint status report identifying the date the mediation will take place. The Court will then issue a further order resetting the deadline to file the joint discovery plan.

IT IS SO ORDERED.

Dated: May 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The relief sought is generally viewed through the lens of an extension request, not a stay request. *See, e.g.*, *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1182 n.8 (D. Nev. 2022). In light of the relief afforded herein, the Court need not address the alternative argument predicated on the pending motion od ismiss.

1