Bradley Austin
Nevada Bar No. 13064
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: 702.784.5247
baustin@swlaw.com

James W. Ducayet (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036
jducayet@sidley.com

Colleen T. Brown (*pro hac vice*)
Joshua J. Fougere (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202.736.8000
Facsimile: 202.736.8711
ctbrown@sidley.com
jfougere@sidley.com

*Attorneys for Brightstar Global Solutions
Corporation*

Nicholas J. Santoro
Nevada Bar No. 532
Oliver J. Pancheri
Nevada Bar No. 7476
SPENCER FANE LLP
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
nsantoro@spencerfane.com
opancheri@spencerfane.com

Cari K. Dawson (*pro hac vice*)
David B. Carpenter (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree St.
One Atlantic Center
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
cari.dawson@alston.com
david.carpenter@alston.com

*Attorneys for IGT*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINDSAY LOESCHER, BENJAMIN MORRIS, MITCHELL SCHOENBRUN, and CAROL ZIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY, a Nevada Corporation, and BRIGHTSTAR GLOBAL SOLUTIONS CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 2:25-cv-01917-GMN-NJK<br><br>Consolidated with:<br>Case No. 2:25-cv-01918<br>Case No. 2:25-cv-01956<br>Case No. 2:25-cv-10954<br>Case No. 2:25-cv-02048<br><br>**JOINT STATUS REPORT REGARDING MEDIATION** |

Pursuant to the Court's Order dated May 5, 2026, ECF No. 49, Defendants International Game Technology ("IGT") and Brightstar Global Solutions Corporation ("Brightstar") (collectively, "Defendants"), and Plaintiffs Lindsay Loescher, Benjamin Morris, Mitchell Schoenbrun, and Carol Ziman ("Plaintiffs," and together with Defendants, the "Parties"), by and through counsel, hereby submit this Joint Status Report to update the Court on the status of the Parties' mediation.

## I.       Background

Plaintiffs brought a putative class action against Defendants IGT or Brightstar, asserting common law and statutory claims related to a November 2024 data breach.  *See generally* Am. Compl., ECF No. 32. Defendants moved to dismiss Plaintiffs' claims for lack of subject matter jurisdiction and for failure to state a claim, and that motion is now fully briefed. *See* Mot. Dismiss, ECF No. 39; Opp., ECF No. 44; Reply, ECF No. 47.

On May 5, 2026, the Court granted Defendants' unopposed motion to extend the deadline to file a discovery plan pending mediation. Order, ECF No. 49. The Court also ordered the Parties to "file a joint status report identifying the date the mediation will take place" by May 18, 2026. *Id.* The Court further stated that it "will then issue a further order resetting the deadline to file the joint discovery plan." *Id.*

## II.      Current Status.

The Parties are scheduled to mediate their dispute on September 3, 2026 with the mediator Bob Meyer at JAMS, which is the earliest date available for Mr. Meyer.

## III.     Conclusion.

The Parties respectfully request that they file an updated status report on September 17, 2026, or within 14 days of the mediation's completion, indicating whether the Parties reached a settlement or whether the Court should set a deadline for filing a joint discovery plan.

Dated: May 18, 2026

By: */s/ Oliver Pancheri*
Nicholas J. Santoro
Nevada Bar No. 532
Oliver J. Pancheri
Nevada Bar No. 7476
SPENCER FANE LLP
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
nsantoro@spencerfane.com
opancheri@spencerfane.com

Cari K. Dawson (*pro hac vice*)
David B. Carpenter (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree St.
One Atlantic Center
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
cari.dawson@alston.com
david.carpenter@alston.com

*Attorneys for IGT*

SNELL & WILMER L.L.P.

By: */s/ Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

James W. Ducayet (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

Colleen T. Brown, Esq. (*pro hac vice*)
Joshua J. Fougere (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005

*Attorneys for Brightstar Global Solutions Corporation*

*/s/ Casondra Turner*
Casondra Turner (admitted *pro hac vice*)
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Tel: (866) 252-0878
cturner@milberg.com

Grayson Wells (admitted *pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203 Tel: (615) 254-8801
gwells@stranchlaw.com

Courtney Maccarone (admitted *pro hac vice*)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
maccarone@kolawyers.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED May 18, 2026.

/s/ Lyndsey Mosbey
An Employee of Snell & Wilmer L.L.P.